Tracy J. Crane (ISB #6830)
HOLLAND & HART LLP
101 South Capitol Boulevard, Suite 1400
Boise, ID 83702
Mailing Address:
P.O. Box 2527
Boise, ID 83701-2527
Telephone: (208) 342-5000
Facsimile: (208) 343-8869

Attorneys for Defendant Metropolitan Life Insurance Company

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JAMES FRITZSCHE, <br> DAVID ERICKSON, <br> DON FRITZSCHE, fka DON COX, <br><br> Plaintiff, <br><br> vs. <br><br> METROPOLITAN LIFE INSURANCE COMPANY, <br><br> Defendant. | Case No. <br><br> **NOTICE OF REMOVAL** |

Defendant Metropolitan Life Insurance Company ("MetLife") submits this Notice of Removal for the purpose of removing the above-entitled action from the District Court of the First Judicial District, Boundary County, Idaho, to the United States District Court for the District of Idaho, and states as follows in support of this removal.

1.  Plaintiff James Fritzsche is an individual, who resides in Bonners Ferry, Idaho. *See* affidavit of Mark Barrett, ¶ 2, which MetLife has attached to this notice as Exhibit A.

2.  Plaintiff David Erickson is an individual, who resides in Bonners Ferry. *See* Exhibit A, ¶ 3.

3.  Plaintiff Don Fritzsche, formerly known as Don Cox, is an individual, who resides in Boise, Idaho. *See* Exhibit A, ¶ 4.

4.  MetLife is an insurance company organized and existing by virtue of the laws of the state of New York with its principal place of business in New York, and, therefore, is a "non-Idaho" corporation. *See* Exhibit A, ¶ 5.

5.  MetLife is named as the defendant in a civil action commenced against it in the District Court of the First Judicial District, Boundary County, Idaho, entitled *James Fritzsche, et al. v. Metropolitan Life Insurance Company*, and assigned case number CV 07-75.

6.  MetLife first received notice of this action when it was served with a copy of the Summons and Complaint ("the Complaint") on April 10, 2007. *See* Exhibit A, ¶6.

7.  Upon inquiry by MetLife's counsel, no further state court proceedings have occurred or are scheduled in this matter.

8.  The plaintiffs have asserted claims for breach of contract, tortuous interference with contract, negligence, insurer's bad faith, and the statutory award of attorney's fees against MetLife, and seek payments under a contract, other unspecified

damages, and the statutory award of attorney's fees pursuant to Idaho Code §§ 41-1329, 12-120, and 12-121. *See* copy of Complaint, which MetLife has attached to this notice as Exhibit B, ¶¶ VI-XXXL and Prayer for Relief at pp. 11-12.

9. Based on the allegations of the Complaint, the plaintiffs seek the recovery of payments allegedly due under a structured settlement contract from June 1, 2005 through June 1, 2025. Complaint, ¶¶ III(B)-(E), VII-VIII. Exhibit A, ¶ 7.

10. The total amount of the payments allegedly due under the structured settlement contract is $ 126,500, and this amount increases every month by the amount of $ 5,500. *See* Exhibit A, ¶ 8.

11. Based on the amount of contractual payments at issue, the plaintiffs are seeking the award of damages greater than the jurisdictional amount of $75,000.

12. Based on the foregoing, this action is properly removable, because it is a suit over which the United States District Court for the District of Idaho would have original "diversity" jurisdiction pursuant to 28 U.S.C. § 1332 and which is therefore removable to this court by MetLife pursuant to 28 U.S.C. § 1441(a).

13. MetLife will serve and certify service of copies of this Notice of Removal to the plaintiffs as required by 28 U.S.C. § 1446(d).

14. A copy of this Notice of Removal will be filed with the Office of the Clerk of the District Court of the First Judicial District, Boundary County, Idaho, as required

by 28 U.S.C. § 1446(d). MetLife has attached a copy of the state court notice to this notice as Exhibit C.

THEREFORE, defendant Metropolitan Life Insurance Company gives notice pursuant to 28 U.S.C. § 1446 of the removal of this action from the Office of the Clerk of the District Court of the First Judicial District of Boundary County, Idaho, and request that this Court enter such further orders as may be necessary and proper.

DATED this 27th day of April, 2007.

Respectfully submitted,

_____
Tracy J. Crane (ISB #6830)
HOLLAND & HART LLP
101 South Capitol Boulevard, Suite 1400
Boise, ID  83702
Mailing Address:
P.O. Box 2527
Boise, ID  83701-2527
Telephone:  (208) 342-5000
Facsimile:  (208) 343-8869

**ATTORNEYS FOR DEFENDANT METROPOLITAN LIFE INSURANCE COMPANY**

Addresses of Defendans:

One MetLife Plaza
27-01 Queens Plaza North
Long Island City, NY 11101-4015

## CERTIFICATE OF SERVICE

I certify that on this 27th day of April, 2007, I served a copy of the foregoing document to the following via the method identified below:

☐ U.S. Mail, postage prepaid
☐ Hand Delivery
☐ Facsimile
☒ Electronic Service by CourtLink.Com

Daniel P. Featherston
113 South Second Avenue
Sandpoint, ID 83864
(208) 263-6866
(208) 263-0400 (facsimile)

3702205_1.DOC