BRADY LAW, CHARTERED
Michael G. Brady, ISB #1293
St. Mary's Crossing
2537 W. State Street, Suite 200
Boise, ID 83702

TELEPHONE: (208) 345-8400
FACSIMILE: (208) 322-4486

Attorneys for Plaintiffs

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JAMES FRITZSCHE, DAVID ERICKSON, DON FRITZSCHE, fka DON COX;<br><br>Plaintiffs,<br><br>and<br><br>J.G. WENTWORTH S.S.C. LIMITED PARTNERSHIP,<br><br>Plaintiff-Intervenor,<br><br>v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, a corporation doing business in Idaho, METROPOLITAN REINSURANCE COMPANY, a corporation doing business in Idaho, METROPOLITAN INSURANCE COMPANIES, a corporation doing business in Idaho, METLIFE GROUP, INC., a New York corporation doing business in Idaho, and JOHN DOES 1-10,<br><br>Defendants. | Case No. 07-196-C-BLW<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

STIPULATION FOR DISMISSAL WITH PREJUDICE – Page 1
0314.0001

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their counsel of record, that the Complaint filed in the above-entitled action, may be dismissed with prejudice with each party to bear their own costs and attorney fees, on the grounds and for the reasons that the claims of Plaintiffs James Fritzsche, David Erickson, Don Fritzsche f/k/a Don Cox, have been fully compromised and settled.

DATED this 6 day of March, 2008.

**BRADY LAW, CHARTERED**

_____
Michael G. Brady
Attorney for Plaintiffs

DATED this ____ day of February, 2008.

**FEATHERSTON LAW FIRM**

_____
Daniel P. Featherston
Attorneys for Plaintiffs

DATED this 6 day of March, 2008.

**HOLLAND & HART, LLP**

_____
Tracy J. Crane
Attorneys for Defendants

STIPULATION FOR DISMISSAL WITH PREJUDICE – Page 2
0314.0001

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their counsel of record, that the Complaint filed in the above-entitled action, may be dismissed with prejudice with each party to bear their own costs and attorney fees, on the grounds and for the reasons that the claims of Plaintiffs James Fritzsche, David Erickson, Don Fritzsche f/k/a Don Cox, have been fully compromised and settled.

DATED this _____ day of February, 2008.

                                           **BRADY LAW, CHARTERED**

                                           Michael G. Brady
                                           Attorney for Plaintiffs

DATED this _31_ day of March, 2008.

                                           **FEATHERSTON LAW FIRM**

                                           *(signature)*
                                           Daniel P. Featherston
                                           Attorneys for Plaintiffs

DATED this _____ day of February, 2008.

                                           **HOLLAND & HART, LLP**

                                           Tracy J. Crane
                                           Attorneys for Defendants

DATED this 28th day of March, 2008.

                                ALGEO, CLARKE & ERICKSON

                                _____
                                Bruce J. Blohowiak
                                Attorneys for Plaintiff-Intervenor

**STIPULATION FOR DISMISSAL WITH PREJUDICE – Page 3**
0314.0001