**BRADY LAW, CHARTERED**
Michael G. Brady, ISB #1293
St. Mary's Crossing
2537 W. State Street, Suite 200
Boise, ID 83702

TELEPHONE:  (208) 345-8400
FACSIMILE:  (208) 322-4486

**Attorneys for Plaintiffs**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JAMES FRITZSCHE, DAVID ERICKSON, DON FRITZSCHE, fka DON COX; | Case No. CV-07-196-N-BLW |
| Plaintiffs, | **JUDGMENT** |
| and | |
| J.G. WENTWORTH S.S.C. LIMITED PARTNERSHIP, | |
| Plaintiff-Intervenor, | |
| v. | |
| METROPOLITAN LIFE INSURANCE COMPANY, a corporation doing business in Idaho, METROPOLITAN REINSURANCE COMPANY, a corporation doing business in Idaho, METROPOLITAN INSURANCE COMPANIES, a corporation doing business in Idaho, METLIFE GROUP, INC., a New York corporation doing business in Idaho, and JOHN DOES 1-10, | |
| Defendants. | |

**JUDGMENT – Page 1**

Pursuant to the Order of Dismissal filed concurrently herewith,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this action be DISMISSED with Prejudice.  This matter is hereby deemed closed.

DATED:  **April 8, 2008**

*(signature)*
B. LYNN WINMILL
Chief Judge
United States District Court

**JUDGMENT – Page 2**